IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-03115-STV

WILLIAM ROBERT HAMMON

    Plaintiff,

v.

CITY OF DELTA

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective attorneys, Christopher M.A. Lujan of Empower P.C. and Marni Nathan Kloster of Nathan Dumm & Mayer P. C., hereby stipulate to the dismissal with prejudice of this case as follows:

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), both parties to this case hereby stipulate and agree to the dismissal of Plaintiff's lawsuit with prejudice, including all claims pled or which could have been pled by Plaintiff, with each party to pay his or its own costs and attorney fees. Counsel for each party have provided copies of this Stipulation to their respective clients. By filing this Stipulation, the parties request closure of this case and the vacating of all pending deadlines and/or appearances.

WHEREFORE, the parties stipulate and agree to dismissal, with prejudice, of all claims pled by Plaintiff or which could have been pled by Plaintiff, with each party to pay his or its own costs and attorney fees.

DATED this 5th of March, 2025.

/s/Christopher M.A. Lujan
Christopher M.A. Lujan, Esq.
Empower P.C.
2851 South Parker Road, Suite 316
Aurora, Colorado 80014
christopher@empowerlawdenver.com
Attorney for Plaintiff
ATTORNEY FOR PLAINTIFF

-AND-

/s/ Marni Nathan Kloster
Marni Nathan Kloster
Ashton R. Berne
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ATTORNEYS FOR DEFENDANT

2

# CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of March, I filed the foregoing Stipulation for Dismissal using the CM/ECF system which will send notification of such filing to the following:

Christopher M.A. Lujan, Esq.
Empower P.C.
2851 South Parker Road, Suite 316
Aurora, Colorado 80014
christopher@empowerlawdenver.com
*Attorney for Plaintiff*

      *s/Marni Nathan Kloster*
Marni Nathan Kloster
Attorneys for Defendants
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
MNathan@ndm-law.com

3